IN THE UNITED STATES DISTRICT COURT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2023

JEFFREY P. COLWELL
CLERK

**UNITED STATES OF AMERICA**
    Plaintiff - Respondent,

VS.

**EDWARD RAIFSNIDER**
    Defendant Petitioner,

Case No.'s

22-CR-00156-CMA

22-CR-00157-CMA

22-CR-00155-CMA

**DEFENDANT'S MOTION TO APPOINT COUNSEL AND
FOR EARLY DISCHARGE OF SUPERVISED RELEASE**

**Comes Now,** Edward Raifsnider, defendant -Petitioner, Hereby Respectfully Moves the Honorable Court to appoint counsel in this matter to assist him Before the court to have the court consider early discharge of his supervised Release.

Wherefore, defendant-petitioner states the following ;

## HISTORY

In the above aforementioned cases that had been transferred to Colorado from The Western District Of Missouri and Kentucky defendant was appointed counsel

Pursuant to the criminal justice act (CJA) through the U.S. Public Defenders Office.

Defendant was sentenced In each case relating to fraud to a term of imprisonment

and 3 years of federal supervision.

Defendant had served 17 years in custody of the Bureau Of Prisons before he was

released on December 28, 2020 to a detainer lodged by the State Of Colorado DOC

Relating to a concurrent sentence imposed by the State in order to be processed.
(because of the State detainer defendant was denied early release to a federal halfway
house that other inmates were otherwise granted for up to One year, wherefore defendant
Was required to fully serve out his federal term of imprisonment in the BOP )

On or about February 2021 defendant was discharged by the CDOC after processing

and was required to complete an additional One (1) year mandatory state parole, that

was a consolidated Supervision by both State and Federal Agencies. Defendant had

Completed (**discharged**) State Parole Without incident February 2022.

## IN SUPPORT

Defendant " Raifsnider " In support of his petition argues that he has served TWO(2)

Years of his Three(3) years federal supervised release **without incident** and further

has continuously Met his obligations each month for restitution payments made to the courts

So Ordered, that was set by his parole officer Megan DiBsie. Defendant also has been

gainfully employed since his release from custody.

CERTIFICATE OF SERVICE

A true and correct document was mailed to the United States District Court Clerks Office located at 901 19th Street Room A-105 ,Denver,CO 80294 On This 9TH day Of January 2023

Respectfully ,

Edward Raifsnider
910 Iowa Ave Apt 1
Palisade, CO 81526

Edward Raifsnider
910 Zown Ave Apt 1
Palisade, CO 81526

U.S. District Court Clerk
901 19th Street Rm A-105
Denver, CO 80294

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2023

JEFFREY P. COLWELL
CLERK