# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Senior Judge Christine M. Arguello

Criminal Action No. 22-cr-00156-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD L. RAIFSNIDER,

    Defendant.

---

# ORDER

---

This matter is before the Court on Defendant's *Pro Se* Motion to Appoint Counsel and for Early Discharge of Supervised Release (Doc. # 3). Neither the Government nor the Probation Office oppose the Defendant's request.

The Court notes that Defendant was placed on supervised release on February 8, 2021, making him statutorily eligible for early termination. During Defendant's time on supervised release, he has maintained a stable residence and full-time employment and has complied with every request from his probation officer. The Court further notes that Defendant has paid his special assessment fee in full. The Court commends Defendant on his progress and commitment to turning his life around. The Court is satisfied that early termination is warranted by his conduct and the interest of justice. 18 U.S.C. § 3583(e)(1). Accordingly, it is

ORDERED that on Defendant's *Pro Se* Motion for Early Discharge of Supervised Release (Doc. # 3) is GRANTED and that Defendant Edward L. Raifsnider is DISCHARGED from supervised release. It is

FURTHER ORDERED that Defendant's *Pro Se* Motion to Appoint Counsel is DENIED as moot.

DATED: February 3, 2023

BY THE COURT:

CHRISTINE M. ARGUELLO
Senior United States District Judge